UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2006 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07- **07- 0284** |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | [18 U.S.C. § 545: Smuggling] |
| MAHMOUD ALMHCHIE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Grand Jury charges:

<u>INTRODUCTORY ALLEGATIONS</u>

At all times relevant to this Indictment:

A. <u>Defendant</u>

1. Defendant MAHMOUD ALMHCHIE owned and operated a business known as "American One Automotive & Oil Company Wholesale," located in Hayward, California. Defendant was engaged in the sale and distribution of automobile parts and supplies.

//
//
JOJ:jo

FILED 2007 APR 12 PM 3:20

B.  <u>Montreal Protocol - Federal Clean Air Act</u>

2.  In the 1980's, scientists discovered that certain chemicals, when released into the atmosphere, cause the depletion of the ozone in the earth's stratosphere. Stratospheric ozone is an important shield against harmful ultraviolet radiation from the sun. Ultraviolet radiation contributes to increased rates of skin cancer, cataracts and other ailments.

3.  CFC-12 is a man-made chloroflurocarbon gas often referred to by the trade name "FREON," and is considered an ozone-depleting chemical subject to significant production and importation control in the United States since July 1992.

4.  Before the harmful effects of CFC-12 were known, it was widely used as a refrigerant in automobile air conditioners. CFC-12 is no longer used as a refrigerant in newly manufactured automobiles, however, there is still a significant demand for CFC-12 for the repair of older automobiles. It is legal to sell CFC-12 for this purpose, provided the CFC-12 was manufactured in the United States before January 1, 1996 or imported before January 1, 1996. CFC-12 is a compressed gas and must be shipped in pressurized cylinders.

5.  The United States regulates the importation of ozone-depleting chemicals pursuant to the Montreal Protocol on Substances that Deplete the Ozone Layer (the "Montreal Protocol"), a protocol to the Vienna Convention for the Protection of the Ozone Layer, a treaty to which the United States is a signatory. The Montreal Protocol was implemented in the United States through the federal Clean Air Act, Title 42,

U.S.C. § 7671c et seq. and the regulations promulgated thereunder in 40 Code of Federal Regulations ("C.F.R."), Part 82.1 et seq.

6. The regulations promulgated by the United States Environmental Protection Agency ("US EPA") under 40 C.F.R. § 82.1 et seq. required that between January 1, 1992 and January 1, 1996, all importers of ozone-depleting chemicals must have had authorization from US EPA for the quantity of chemicals imported.

7. After January 1, 1996, it is illegal to import newly manufactured CFC-12 into the United States for refrigeration purposes. (There are exceptions for medical applications). Developing countries such as Mexico, however, are allowed to continue the production of CFC-12, for all purposes, until 2010.

8. These Introductory Allegations are hereby realleged and incorporated by reference into count one of this Indictment.

## COUNT ONE

(18 U.S.C. § 545)

On or about October 18, 2001, in Los Angeles and San Bernardino Counties, and elsewhere, within the Central District of California, defendant MAHMOUD ALMHCHIE, knowing that merchandise had been imported and brought into the United States contrary to law, knowingly received, bought, and facilitated the transportation of the merchandise after importation. Specifically, defendant received, bought, and facilitated the transportation of forty-eight 30-pound cylinders of CFC-12, which defendant knew had been smuggled into the United States from Mexico in violation of the regulations promulgated under the federal Clean Air Act.

A TRUE BILL

/s/
_____
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorneys
Chief, Environmental Crimes Section